Fred W. Sneed and Burt Sneed, trading as Sneed Brothers, appellants, v. Leonard Kroff, appellee. Gen. No. 7,470.

Action on promissory note. Judgment for defendant. Appeal from the City Court of Sterling; the Hon. I. L. Weaver, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 22, 1925. Rehearing denied September 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

J. J. Ludens, for appellants. Carl E. Sheldon, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Harry Zelden, appellee, v. North British & Mercantile Insurance Company, appellant. Gen. No. 7,509.

Action on fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed July 22, 1925.

John E. Cassidy and Edward Riley, for appellant. Orman Ridgely, for appellee; Irving G. Soffran, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

Harry Zelden, appellee, v. Commercial Union Assurance Company, appellant. Gen. No. 7,510.

Action on fire insurance policy. Judgment for defendant. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed July 22, 1925.

John E. Cassidy and Edward Riley, for appellant. Orman Ridgely, for appellee; Irving G. Soffran, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

---

D. F. Lavoie, appellant, v. C. F. Holliday, appellee. D. F. Lavoie, appellant, v. Fred Gieseking, appellee. Gen. No. 7,473.

Action on promissory notes. Judgment for defendants. Appeal from the Circuit Court of Kankakee county the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed July 27, 1925. Rehearing denied September 26, 1925. *Certiorari* denied by Supreme Court (making opinion final).

H. H. Whittemore, for appellant. C. M. Clay Buntain and John A. Mayhew, for appellee.

Mr. Justice Jett delivered the opinion of the court.